| | | | |
|---|---|---|---|
| Matter of N.P.-S., YINC 2017 MT 105N | DA 16-0472 Affirmed | 05/02/17 | Dist. 16 (Custer) |
| Moyer v. Barkell | OP 17-0023 Granted in part and remanded | 05/02/17 | Original Proceeding Habeas Corpus |
| Strouf v. Fletcher | OP 17-0136 Granted in part and remanded | 05/02/17 | Original Proceeding Habeas Corpus |
| State v. Kelm 2017 MT 113N | DA 16-0436 Affirmed | 05/09/17 | Dist. 21 (Ravalli) |
| Reinlasoder v. City of Colstrip 2017 MT 114N | DA 16-0690 Affirmed | 05/09/17 | Dist. 13 (Yellowstone) |
| Fortin v. Not Afraid 2017 MT 115N | DA 17-0002 Affirmed | 05/09/17 | Dist. 12 (Hill) |
| Damon v. Fletcher | OP 17-0215 Denied | 05/09/17 | Original Proceeding Habeas Corpus |
| Wells v. Fletcher | OP 17-0224 Denied | 05/09/17 | Original Proceeding Habeas Corpus |
| Ogle v. Fender | OP 17-0216 Denied | 05/09/17 | Original Proceeding Habeas Corpus |
| Shreves v. Smith | OP 17-0230 Denied | 05/09/17 | Original Proceeding Mandate |
| VanBuskirk v. Gehlen 2017 MT 119N | DA 16-0410 Affirmed | 05/16/17 | Dist. 12 (Hill) |
| Potter v. State 2017 MT 120N | DA 16-0470 Affirmed | 05/23/17 | Dist. 4 (Missoula) |
| Cudd v. State 2017 MT 121N | DA 16-0506 Affirmed | 05/23/17 | Dist. 22 (Big Horn) |